IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY 7D D.C.

05 MAY -3 PM 2: 20

ROBERT R. ___
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS | ) | CASE NO. 04-20197-D |
| RUBEN VALDEZ | ) | |
| Defendant. | ) | |

## ORDER TO SURRENDER

The defendant, Ruben Valdez, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **FCI THREE RIVER SCP, P.O. Box 4000, Three Rivers, Texas 78071** by **2:00 p.m.** on **TUESDAY, MAY 31, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed self-addressed envelope, acknowledging that he/she has received a copy of this Order, and that he/she will report as ordered to the facility named above.

**ENTERED** this the 3rd day of May, 2005.

*/s/ Bernice Bouie Donald*
**BERNICE B. DONALD**
**UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-9-05



## ACKNOWLEDGEMENT

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**


**Signed:** _____
                    Defendant


**Date:** _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 139 in case 2:04-CR-20197 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT